**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD CHUNG TACK HONG, ) | No. EDCV 09-01163 CW |
| ) | |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: May 27, 2010

_____
CARLA M. WOEHRLE
United States Magistrate Judge